1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
7 **AT SEATTLE**

8
| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR01-241 TSZ |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS |
| TIMOTHY BRIAN FREEGARD | TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on September 1, 2010.  The United States was represented by Assistant United States Attorney Helen Brunner, and the defendant by Jennifer Horwitz.

The defendant had been charged and convicted of Bank robbery, in violation of 18 U.S.C.§ 3583(e)(3).  On or about November 16, 2001, defendant was sentenced by the Honorable Thomas S. Zilly, to a term of 120 months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs as directed.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated August 26, 2010, U.S. Probation Officer Robson asserted the following violation by defendant of the conditions of his supervised release:

    (1)    Using crack cocaine on August 7, 2010 and from July 3 – 7, 2010, in violation of special condition 3.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation number 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as set forth in violation number 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Thomas S. Zilly on September 23, 2010 at 1:30.

Pending a detention hearing scheduled for November 16, 2009, the defendant has been detained, subject to a scheduled detention hearing.

DATED this 1st day of September, 2010.

    /s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Thomas S. Zilly
       AUSA:    Ms. Helen Brunner
       Defendant's attorney:    Ms. Jennifer Horwitz
       Probation officer:    Jeff S. Robson