|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BRIAN FREEGARD,<br><br>Defendant. | NO. CR01-241-TSZ<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on February 15, 2012. The United States was represented by Assistant United States Attorney Seth Wilkinson, and the defendant by Catherine Chaney. The proceedings were digitally recorded.

The defendant had been charged and convicted of Bank Robbery, in violation of 18 U.S.C. § 2113(a). On or about November 16, 2001, defendant was sentenced by the Honorable Thomas S. Zilly to a term of 120 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, $78,474.49 restitution, abstain from alcohol, not

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

enter establishments where alcohol sold, submit to search, no new credit line or charges, employment restrictions, and up to 180 days; not enter establishments where alcohol.

In a Petition for Warrant or Summons dated February 2, 2012, U.S. Probation Officer Carol A. Chavez asserted the following violations by defendant of the conditions of his supervised release:

1. Using cocaine on or about August 22, December 22, 2011, and January 17, 2012 in violation of the mandatory condition that he refrain from any unlawful use of a controlled substance.

2. Failure to notify his probation officer with 72 hours of any law enforcement contact on or about November 29, 2011, in violation of Standard Condition No. 11.

3. Failure to notify his probation officer at least ten days prior to any change of employment or residence on or about December 13, 2011, in violation of Standard Condition No. 6.

4. Associating with a convicted felon on or about January 31, 2012, in violation of Standard Condition No. 9.

5. Failing to make monthly payments in November, December 2011, and January 2012, towards the $78,474.49 in restitution ordered by the court, in violation of the mandatory and special conditions of supervised release.

On February 7, 2012, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On February 15, 2012, this matter came before the Court for an evidentiary hearing. Alleged violations 3 and 4 were dismissed without prejudice by the government. Defendant admitted to violations 1 and 2 and admitted to violation 5 as modified:

5.   Failing to make monthly payments in November, December 2011, towards the $78,474.49 restitution ordered by the court, in violation of the mandatory and special conditions of supervised release.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2 and amended violation 5, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Thomas S. Zilly on April 12, 2012 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 15th day of February, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Thomas S. Zilly
    AUSA:                  Seth Wilkinson
    Defendant's attorney:  Catherine Chaney
    Probation officer:     Carol A. Chavez